1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:     (408) 246-5500
   Facsimile:     (408) 246-1051
4  E-mail:        rpointer@hinklelaw.com

   Attorneys for Defendant
6  **MIGUEL ESCALERA-GARCIA**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO: 5-12-CR-00461 - LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND (P~~ROPOSED~~) ORDER FOR MOVING AUGUST 1, 2012 STATUS HEARING, AND EXCLUDING TIME |
| vs. | ) | |
| MIGUEL ESCALERA-GARCIA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant, Miguel Escalera-Garcia, through his counsel Richard P. Pointer and the United States through Meredith J. Edwards hereby stipulate to the continuance of the status hearing from August 1, 2012, at 9:00 a.m., to August 29, 2012, at 9:00 a.m.

   It is agreed between the parties that the following reasons exist for this stipulation:

   (1) Defense counsel has been unable to meet with defendant and interpreter to review the proposed plea agreement.

   (2) United States Attorney, Meredith J. Edwards, has no objection to having the status conference continued.

   The government and defense stipulate that the factors stated above provide a basis for an

___

Stipulation and (~~Proposed~~) Order for
Continuance of Status Hearing                1

exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(7)(B)(iv)) in that the ends of justice outweigh the public interest in an earlier trial date.

Respectfully submitted,

Dated: July 30, 2012   /s/Richard P. Pointer
Richard P. Pointer
Attorney for Miguel Escalera-Garcia

Dated: July 30, 2012   /s/ Meredith J. Edwards
Meredith J. Edwards
Assistant United States Attorney

### ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules the parties' August 1, 2012, status hearing to August 290, 2012 at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from August 1, 2012 to August 29, 2012. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

Dated: July  30 , 2012

_____
LUCY H. KOH
United States District Judge

---

Stipulation and (Proposed) Order for
Continuance of Status Hearing            2